UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Cuomo

CIVIL ACTION NO.: 23 CV 3033

**Plaintiff**

vs

USAI LLC

**Defendant**

# AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **5/30/2023** at **11:10 AM** at **1126 River Road, New Windsor, NY 12553**

deponent served a(n) **Summons in a Civil Action and Complaint Demand for Jury Trial**

on **USAI LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Martha Orlando** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be   thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Gray
Age : Over 65 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

Sworn to before me this
30th day of May, 2023

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2027

Nicholas Frank DiCanio
License No.2105721

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160