UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE DISTRICT COUNCIL NO. 9       :
PAINTING INDUSTRY INSURANCE FUND *et al.*,    :
:                    23 Civ. 3033 (JPC)
Petitioners,    :
:
v.                                            :                    ORDER
:
:
CITY NEWARK GLASS,                            :
:
Respondent.   :
:
------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

      On April 20, 2023, Petitioners filed a petition to confirm an arbitration award. Dkt. 1. Respondent was served with the Summons and Petition on April 24, 2023. Dkt. 7. To date, Respondent has not appeared in this action or filed an opposition to that petition.

      It is hereby ORDERED that Respondent shall file any opposition to the petition by August 7, 2023. If Respondent fails to do so, the petition to confirm will be treated as an unopposed motion for summary judgment. *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109-10 (2d Cir. 2006). Petitioners' reply, if any, shall be filed by August 21, 2023.

      Petitioners shall serve this Order upon Respondent electronically and by overnight mail by July 19, 2023, and shall file an affidavit of such service with the Court no later than July 21, 2023.

      SO ORDERED.

Dated: July 17, 2023
      New York, New York

                                                       _____
                                                          JOHN P. CRONAN
                                                     United States District Judge